UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

v.                                    Crim. No.  09cr-187-6-JL

Noah Grassie

## ORDER ON VIOLATION OF CONDITIONS

The defendant appeared before me on this date at a LASER Review Hearing.  During the course of the hearing, the court determined that the defendant has violated the terms of the LASER Agreement/Order on Conditions of Release.  As a result, the court enters the following order:

____  The defendant shall be detained until _~~and finally~~_ on Friday January 20, at 3pm.
At the conclusion of incarceration, defendant shall be:

____  Brought before the undersigned judge.

✓  Released on _Monday, January 23_ at _5:00_ am/pm.
          [Date]                         [Time]

____  The defendant shall reside in Hampshire House for a period of _____ days/months to commence on _____, and shall observe the rules of that facility.

____  The defendant shall be placed on home detention for _____ days/months, to commence on _____. During this time, the defendant shall remain at his place of residence except for employment and other activities approved in advance by the probation officer.  The defendant shall maintain a telephone at his place of residence without any special services, modems, answering machines, or cordless telephones for the above period.  The defendant shall wear an electronic device and shall observe the rules specified by the Probation Office.  The defendant shall pay for the cost of electronic monitoring to the extent he is able as determined by the probation officer.

_____ The defendant shall be subject to the following
additional or modified conditions:

_____

_____

_____

_____

Prior conditions of release not inconsistent with this order
shall remain in full force and effect.

SO ORDERED.

Date: _____1/18/12_____        _____
                               Joseph N. Laplante
                               Chief Judge