**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

United States of America

v.

Justin Knowles

Crim. No. _09-CR-187-03 JL_

**ORDER ON VIOLATION OF CONDITIONS**

The defendant appeared before me on this date at a LASER
Review Hearing. During the course of the hearing, the court
determined that the defendant has violated the terms of the LASER
Agreement/Order on Conditions of Release. As a result, the court
enters the following order:

✓   The defendant shall be detained until _Jan 18, 2013_.
    At the conclusion of incarceration, defendant shall be:

    ✓   Brought before the undersigned judge.

    ___ Released on _____ at _____ am/pm.
                        [Date]              [Time]

___   The defendant shall reside in Hampshire House for a
      period of _____ days/months to commence on
      _____, and shall observe the rules of
      that facility.

___   The defendant shall be placed on home detention for
      _____ days/months, to commence on _____.
      During this time, the defendant shall remain at his
      place of residence except for employment and other
      activities approved in advance by the probation
      officer. The defendant shall maintain a telephone at
      his place of residence without any special services,
      modems, answering machines, or cordless telephones for
      the above period. The defendant shall wear an
      electronic device and shall observe the rules specified
      by the Probation Office. The defendant shall pay for
      the cost of electronic monitoring to the extent he is
      able as determined by the probation officer.

___ The defendant shall be subject to the following
additional or modified conditions:

_____

_____

_____

_____

Prior conditions of release not inconsistent with this order
shall remain in full force and effect.

SO ORDERED.

Date: 1/16/13

Joseph N. Laplante
Chief Judge

USDCNH-7 (11/11)

2